IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

AUSTIN LIGHTFEATHER,

Plaintiff,

vs.

MACHELA CAVANAUGH, in her
individual and official capacity, et al.,

Defendants.

8:26-CV-209

ORDER

This matter is before the Court on the Court's own motion pursuant to 28 U.S.C. §§ 455(a) & (b), which set forth the circumstances in which a judge of the United States shall disqualify himself from a proceeding. This case could implicate the circumstances described in § 455(a), requiring my recusal.

IT IS ORDERED that I recuse myself from this case and that the Clerk shall refer this matter to the Chief Judge for reassignment.

Dated this 11th day of May, 2026.

BY THE COURT:

_John M. Gerrard_____

John M. Gerrard
Senior United States District Judge